UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL GARCIA,<br><br>                       Plaintiff,<br><br>    v.<br><br>K. POWELL, et al.,<br><br>                      Defendants. | Case No. 1:22-cv-00730-EPG (PC)<br><br>ORDER RE: DEFENDANTS' REQUEST FOR SCREENING ORDER UNDER 28 U.S.C. §1915A AND FOR EXTENSION OF TIME TO FILE DEFENDANTS' RESPONSIVE PLEADING<br><br>(ECF No. 2) |

On June 15, 2022, Defendants removed this case from Kings County Superior Court. (ECF No. 1). On that same day, Defendants filed a request for screening under 28 U.S.C. § 1915A and for an extension of time to file their responsive pleading. (ECF No. 2).

The Court would ordinarily grant the request. However, on June 16, 2022, the Court issued an order directing Defendants to show cause why this case should not be remanded to Kings County Superior Court because this Court lacks jurisdiction over the case. (ECF No. 5). If the case is remanded, the Court will not screen the complaint and Defendants must file their responsive pleading in compliance with applicable state law and procedure.

Accordingly, IT IS HEREBY ORDERED that:

1. If this case is not remanded to Kings County Superior Court, the Court will screen Plaintiff's complaint in due course.
2. Defendants have thirty days from the date of the screening order to file a responsive

pleading as to those portions of the complaint that remain after this Court's screening. However, if the case is remanded to Kings County Superior Court, Defendants shall file their responsive pleading in compliance with applicable state law and procedure.

IT IS SO ORDERED.

Dated: **June 21, 2022**                    /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE