UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL GARCIA,<br><br>             Plaintiff,<br><br>       v.<br><br>K. POWELL, et al.,<br><br>             Defendants. | Case No. 1:22-cv-00730-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 12) |

Uriel Garcia ("Plaintiff") is a state prisoner proceeding *pro se* in this action.

On July 20, 2022, Plaintiff filed a motion for an extension of time. (ECF No. 12). Plaintiff states that he is a prisoner at California Substance Abuse Treatment Facility, E-Yard. The librarian is only there once or twice a week, even though he is supposed to be there five-and-a-half days a week. Additionally, Lexis Nexis is not working. Plaintiff asks for an extension of time to respond to Defendants' request for screening and for extension of time to file responsive pleading, as well as the Court's order for Defendants to show cause why this case should not be remanded to Kings County Superior Court.

Plaintiff's motion will be denied. The Court has already ruled on Defendants' request for screening and for extension of time to file responsive pleading. If Plaintiff believes the Court erred, he may file a motion for reconsideration. As to the order to show cause, it was directed to Defendants, and Plaintiff was not required to respond.

1

The Court notes that on July 20, 2022, after receiving Defendants' response to the order to show cause, the Court issued findings and recommendations, recommending that this action be remanded to Kings County Superior Court. (ECF No. 11). The Court gave the parties fourteen days to object. (Id.). Plaintiff may respond to these findings and recommendations, and given the allegations in Plaintiff's motion, the Court will extend Plaintiff's time to do so.

Accordingly, based on the foregoing, IT IS ORDERED that:

1. Plaintiff's motion for an extension of time is denied; and
2. Plaintiff has thirty days from the date of service of this order to respond to the findings and recommendations issued on July 20, 2022 (ECF No. 11).

IT IS SO ORDERED.

Dated: **July 22, 2022**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE